(V. D. 26)

AMICALE YARNS, INC. *v.* UNITED STATES

Entry No. 834580.

(Decided September 19, 1956)

*John D. Rode* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

WILSON, Judge: This is a valuation proceeding which arose by reason of a judgment by the first division of this court in the case of

*Amicale Yarns, Inc.* v. *United States*, 32 Cust. Ct. 367, Abstract 57757. Under the terms of the statute (28 U. S. C. § 2636 (d)), the matter was remanded for a determination of value in the manner provided by law. The proceeding before me was abandoned by counsel for the plaintiff. It is, therefore, dismissed.

Judgment will be entered accordingly.